**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6398**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ADAM LAWRENCE RANDOLPH, IV,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:18-cr-00340-MOC-DSC-1)

_____

Submitted:  July 26, 2022                              Decided:  July 29, 2022

_____

Before MOTZ, KING, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adam Lawrence Randolph, IV, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam Lawrence Randolph, IV, appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Randolph's motion.  *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review).    Accordingly, we affirm for the reasons stated by the district court. *United States v. Randolph*, No. 3:18-cr-00340-MOC-DSC-1 (W.D.N.C. Mar. 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*